AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| KENDALL CARRITHERS ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 3:12CV354 |
| EQUIFAX INFORMATION SERVICES, LLC. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUIFAX INFORMATION SERVICES, LLC.
SERVE: Corporation Service Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LEONARD A. BENNETT, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 09, 2012

*Signature of Clerk or Deputy Clerk*

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Kari Childress | John Isom |
   | Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13

31857-1 6/15

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                   SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**                STATE/COMMONWEALTH OF: VA            318575 - 1

| KENDALL CARRITHERS | CASE NO: |
|---|---|
| In re / v. | **3:12CV354** |
| EQUIFAX INFORMATION SERVICES, LLC | |

**CORPORATION SERVICE CO., REG AGENT**
**EQUIFAX INFORMATION SERVICES, LLC**
**11 SOUTH 12TH STREET, RICHMOND, VA 23218**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: **SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:    **5/17/2012** @ **9:50 AM**

METHOD OF SERVICE:

*Being unable to make personal service, a copy was delivered in the following manner:*

*Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:*
**DUSTIN KLINE, ADMIN ASST**

Dated: 5/18/2012     Signature
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 5/18/2012
My commission expire 10/31/2015

Signature of Notary Public: CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS                                                                      318575 - 1