IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **KENDALL CARRITHERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-354 |
| ) | |
| **EQUIFAX INFORMATION SERVICES** ) | |
| **LLC,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC, through undersigned counsel, submits the following corporate disclosure statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc.  Equifax Inc. is publicly traded on the New York Stock Exchange.

This 7th day of June, 2012.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
lenbennett@clalegal.com
srotkis@clalegal.com

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com